IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
SHERRIE MILLER JOHNSON, as the
ADMINISTRATOR AD LITEM for the
Estate of ANNIE MARIE MILLER,    )
      Plaintiff,                 )
                                 )
v.                               )
                                 )
                                 )    No. 2:16-cv-2771-SHL-cgc
GREENFIELD ASSISTED LIVING OF    )
MEMPHIS d/b/a GREENFIELD         )
ASSISTED LIVING OF MEMPHIS,      )
LLC, GREENFIELD MANAGEMENT, LLC  )
and GREENFIELD SENIOR LIVING,    )
INC.,                            )
      Defendants.
```

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed September 26, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Voluntary Dismissal Without Prejudice as to the Defendant Greenfield Senior Living, Inc. (ECF No. 10) filed October 7, 2016, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Defendant, Greenfield Senior Living, Inc., are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 11, 2016
Date